714

Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hayward, Appellant.

Argued September 8, 1969. *Louis Natali,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hill, Appellant.

Submitted September 8, 1969. *Andrea Commaker* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hindin, Appellant.

Argued September 9, 1969. *Charles Polis,* with him *Polis and Polis,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *Richard A. Devlin,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.


## Commonwealth *v.* Hindin, Appellant.

Argued September 9, 1969. *Charles Polis,* with him *Polis and Polis,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *Richard A. Devlin,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.


## Commonwealth *v.* Hines, Appellant.

Argued September 8, 1969. *Cecil B. Moore,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assist-